IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SYNGENTA CROP PROTECTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:02CV334 |
| | ) | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) | |
| | ) | |
| STEPHEN L. JOHNSON, Administrator U.S. Environmental Protection Agency, | ) | |
| | ) | |
| MAKHTESHIM-AGAN OF NORTH AMERICA, INC., | ) | |
| | ) | |
| SIPCAM AGRO USA, INC., | ) | |
| | ) | |
| DREXEL CHEMICAL COMPANY, and | ) | |
| | ) | |
| ALBAUGH, INC. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion, Defendant EPA's Motion for Partial Judgment on the Pleadings [Doc. #153], as joined by Defendant Drexel [Doc. #149], is GRANTED as it requests dismissal of Counts III, V, and VI; and DENIED as it requests dismissal of Counts IV and VII.

Defendant Sipcam's Motion to Dismiss [Doc. #141] is GRANTED as it relates to Count III, but DENIED as it relates to Count IV.

EPA's Motion for Partial Dismissal of Complaint [Doc. #48] and Sipcam's original Motion to Dismiss [Doc. #52] are therefore rendered MOOT.

Defendant MANA's Motion to Dismiss Counts I through VII for failure to exhaust administrative remedies [Doc. #169] is DENIED in full.

This the day of August 8, 2006

        /s/ N. Carlton Tilley, Jr.
        United States District Judge